UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 1:24-CR-21-HAB |
| ) | |
| ARVIL W. BRYANT, JR. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 25], filed on December 17, 2024. The Defendant has waived objection to the Findings and Recommendation.

The Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 25] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on December 19, 2024.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT